UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
PLATTSBURGH DIVISION

CASE NO.: 8:21-cv-00041-DNH-DJS

PANORAMIC STOCK IMAGES, LTD.,
DBA PANORAMIC IMAGES,

    Plaintiff,

v.

ADIRONDACK COUNTRY HOMES
REALTY INC.,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff PANORAMIC STOCK IMAGES, LTD., DBA PANORAMIC IMAGES, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated: April 5, 2021

                                                /s/ *Joseph A. Dunne*
                                                JOEL B. ROTHMAN (JR0352)
                                                joel.rothman@sriplaw.com
                                                JOSEPH A. DUNNE (JD0674)
                                                joseph.dunne@sriplaw.com

                                                SRIPLAW
                                                125 Maiden Lane
                                                Suite 5C
                                                New York, NY 10038
                                                929.200.2474 – Telephone
                                                561.404.4353 – Facsimile

                                                *Counsel for Plaintiff Panoramic Stock Images, Ltd.,*
                                                *Dba Panoramic Images*

SO ORDERED:
DAVID N. HURD
United States District Judge
Dated: 4-6-21  Utica, NY

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK